AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___MIDDLE___ District of ___ALABAMA___

THOMAS GROOMS

V.

WILLSTAFF CRYSTAL, INC., d/b/a
WILLSTAFF WORLDWIDE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07CV 249-mef

TO: (Name and address of Defendant)

Willstaff Crystal, Inc. d/b/a Willstaff Worldwide
c/o CSC Lawyers Inc. Svc., Inc.
150 S. Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elizabeth B. Glasgow
Farmer, Price, Hornsyby & Weatherford, L.L.P.
P. O. Drawer 2228
Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                                         3/22/07

CLERK                                                                    DATE

(By) DEPUTY CLERK