

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X _B. Betti_

B. Received By: (Please Print Clearly)
_B. Bettner_

C. Date of Delivery
_3/23/02_

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City

State    ZIP + 4 Code

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Service Type  CERTIFIED

2. Article Number
7111 1670 5840 0010 1218

7111 1670 5840 0010 1218

1. Article Addressed To:

Willstaff Crystal, Inc. d/b/a Willstaff Worldwi
c/o CSC Lawyers Inc. Svc., Inc.
150 S. Perry Street
Montgomery, AL 36104

_07cv249 svc_