IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS GROOMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:07-cv-249-MEF |
| | ) |
| WILLSTAFF CRYSTAL, INC., d/b/a | ) |
| WILLSTAFF WORLDWIDE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the Order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. The following entities are hereby reported: The Goodwill Group, Inc., Crystal Co., Ltd., American Crystal Holdings, Inc., American Crystal, Inc., Advantage Crystal, Inc., NI Crystal Medical Support, Inc., Talent Tree Crystal, Inc., Skillmaster Crystal, Inc., and The Hestair Group LLC.

1/1430934.1

                        Respectfully Submitted,

                        <u>s/Stacey T. Bradford</u>
                        James P. Alexander (ALE002)
                        Stacey T. Bradford (THU004)
                        Bradley Arant Rose & White
                        1819 Fifth Avenue North
                        Birmingham, AL 35203-2104
                        Phone: 205-521-8000
                        Fax: 205-521-8800
                        <u>jalexander@bradleyarant.com</u>
                        <u>sbradford@bradleyarant.com</u>

                        Attorneys for Defendant
                        WillStaff Crystal, Inc. d/b/a
                        WillStaff Worldwide

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Elizabeth B. Glasgow
>Harry P. Hall II
>Farmer, Price, Hornsby & Weatherford, LLP
>100 Adris Place (36303)
>Post Office Drawer 2228
>Dothan, Alabama 36302

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None

Respectfully submitted,

s/Stacey T. Bradford
OF COUNSEL