IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS GROOMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:07-cv-249-MEF-TFM |
| | ) |
| WILLSTAFF CRYSTAL, INC., d/b/a | ) |
| WILLSTAFF WORLDWIDE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

REPORT OF PARTIES' PLANNING MEETING

1.   Pursuant to Fed. R. Civ. P. 26(f), a conference was held on May 7, 2007 and was attended by:

Elizabeth B. Glasgow
Farmer, Price, Hornsby & Weatherford, LLP
100 Adris Place (36303)
Post Office Drawer 2228
Dothan, Alabama 36302
One of the Attorneys for Plaintiff

Stacey T. Bradford
Bradley, Arant, Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203
One of the Attorneys for Defendant

2.   Pre-Discovery Disclosures. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by **June 1, 2007.**

3.   Discovery Plan. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: Plaintiff's claims and Defendant's defenses.

Disclosure or discovery of electronically stored information should be handled as follows: To the extent it exists, relevant, non-privileged electronic information will be produced by the parties in either PDF or hardcopy format, to enable the parties to exchange discoverable information without undue burden or costs.

If it becomes necessary through the course of discovery the parties will agree to an order regarding claims of privilege or of protection as trial-preparation material asserted after production.

All discovery commenced in time to be completed by **January 25, 2008.**

**Defendant Requests:** A maximum of 30 interrogatories, 30 request for production and 30 request for admission by each party to any other party. Responses due 30 days after service.
**Plaintiff Requests:** The limitations on interrogatories, request for production and request for admission as set forth in the Federal Rules of Civil Procedure.

Maximum of 8 depositions by plaintiff and 8 by defendant. Each deposition shall be limited to maximum of 7 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

From plaintiff by **October 26, 2007.**
From defendant(s) by **November 26, 2007.**

Supplementations under Rule 26(e) due within 20 days of discovery of the information, but in any event not later than 30 days prior to the close of discovery.

4. The parties do not request a scheduling conference with the Court before entry of the scheduling order.

5. The parties request a pretrial conference on **May 26, 2008**.

6. Plaintiff should be allowed until **August 24, 2007** to join additional parties and until **August 24, 2007** to amend the pleadings.

7. Defendants should be allowed until **September 24, 2007** to join additional parties and until **September 24, 2007** to amend the pleadings.

8. All potentially dispositive motions should be filed by **February 26, 2008**.

9. Settlement cannot be evaluated prior to some initial discovery.

10. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:
    From plaintiff:     **May 30, 2008;**
    From defendant:  **May 30, 2008.**

11. Parties should have 7 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

      12.    The case should be ready for trial by **June 23, 2008**, which at this time is expected to take approximately 3-4 days.

Date: May 7, 2007

                                            s/ Elizabeth B. Glasgow
                                            Elizabeth B. Glasgow
                                            Harry P. Hall II
                                Farmer, Price, Hornsby & Weatherford, LLP
                                          100 Adris Place (36303)
                                          Post Office Drawer 2228
                                          Dothan, Alabama 36302
                                          Attorneys for Plaintiff
                                          Thomas Grooms


                                          s/ Stacey T. Bradford
                                          James P. Alexander
                                          Stacey T. Bradford
                                          Bradley Arant Rose & White LLP
                                          1819 Fifth Avenue North
                                          Birmingham, AL 35203-2104
                                          Attorneys for Defendant
                                          WillStaff Crystal, Inc.