N THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS GROOMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:07-cv-249-MEF |
| | ) |
| WILLSTAFF CRYSTAL, INC., d/b/a | ) |
| WILLSTAFF WORLDWIDE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to the Rule 41(a)(1)(ii), Fed.R.Civ.P., the parties hereby stipulate that this action shall be dismissed with prejudice, each party to bear his or its own costs.

_____
Elizabeth B. Glasgow
Attorney for Plaintiff
Thomas Grooms
Farmer, Price, Hornsby & Weatherford, LLP
100 Adris Place (36303)
Post Office Drawer 2228
Dothan, Alabama 36302

_____
Stacey T. Bradford
One of the Attorneys for Defendant
WillStaff Crystal, Inc. d/b/a WillStaff
Worldwide
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104